James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
OSCAR TERAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OSCAR TERAN, an individual, | Case No. C 3:14-cv-03164 LB |
| Plaintiff, | STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER |
| v. | |
| ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; PRESCOTT WOODFORD, individually and in his official capacity; et al., | Judge: Hon. Laurel Beeler<br>Ctrm : Courtroom C, 15th Floor<br>Loc'n : 450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Defendants. | |

_____/

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, OSCAR TERAN, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, OSCAR TERAN, against Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

1
2
3
4   DATED: December 10, 2014                    \_\_\_\_/s/ James A. Michel_____
                                                JAMES A. MICHEL
5                                               Attorney for Plaintiff
                                                OSCAR TERAN
6
7
8
9   DATED: December 10, 2014                    \_\_\_\_/s/Jonathan M. Blute_____
                                                JONATHAN M. BLUTE
10                                              Murphy, Pearson, Bradley & Feeney
                                                Attorneys for Defendants
11                                              ELECTRONIC DOCUMENT
                                                PROCESSING, INC. and PRESCOTT
12                                              WOODFORD
13
14
15  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
16
17
18  DATED: \_December 17, 2014_____         _____[signature]_____
                                                HON. LAUREL BEELER
19                                              UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28